

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 22, 2018

Robinson C. Ramsey
745 East Mulberry suite 900
San Antonio, TX 78212-3166
* DELIVERED VIA E-MAIL *

Catherine M. Stone
745 E. Mulberry Ave. Suite 900
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Honorable Phylis J. Speedlin
100 Dolorosa
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Shannon K. Dunn
926 Chulie Drive
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Ricardo E. De Anda
212 Flores Avenue
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

Beth  Watkins
926 Chulie Drive
San Antonio, TX 78216-6522
* DELIVERED VIA E-MAIL *

George Anne Harpole Maixner
1580 South Main Street, Suite 200
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

John D. Payne
1118 Main Street
Bandera, TX 78003
* DELIVERED VIA E-MAIL *

Cynthia Cox Payne
P.O. Box 1178
Bandera, TX 78003-1178
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-16-00593-CV
        Trial Court Case Number:    12-07-11738-DCV
        Style:   Alvin M. Burns and I.M. Burns
             v.
             Dimmit County, Texas, Roberto Ramirez, and Edward Dryden, Eusebio
Cantu Torres, Eusebio Torres, Jr.,  Gladiator Energy Services, LLC, Hope Balderas,
Juan Morales Balderas, and Lucia Balderas Lopez

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Rosa Gonzalez
Deputy Clerk, Ext. 53855

cc: Daniel M. Gonzalez (DELIVERED VIA E-MAIL)
    Michael C. Boyle (DELIVERED VIA E-MAIL)
    Catrina Purcell Longoria (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres,
Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and
Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

The appellee County of Dimmit Texas conditionally unopposed first motion for extension of time to file sealed amended brief is hereby GRANTED. Time is extended to September 11, 2018. "No Further Extensions."

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court